# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                           )
                                 )    CASE NO. 09 B 31003
   Anastasia Sykes              )    HON. COX
                                 )    CHAPTER 13
DEBTOR.                          )

## NOTICE OF MOTION

TO:    Tom Vaughn, Chapter 13 Trustee, 200 S. Michigan, Suite 1300, Chicago, IL 60604;

      See attached service list.

Please take notice that on September 14, 2009 at 9:00 a.m., I shall appear before the Honorable Judge Cox in Courtroom 619 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent the attached motion on, August 27, 2009 to:

The Chapter 13 Trustee listed above via electronic notice;

The attached service list via U.S. Mail with postage prepaid from the mail chute located at 20 S. Clark Street, 28th Floor, Chicago, IL 60603.


Robert J. Semrad & Associates            __/s/ Brian Zeft_____
20 S. Clark Street                        Attorney for Debtor
28th Floor
Chicago, IL 60603
 (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-31003<br>Northern District of Illinois<br>Chicago<br>Thu Aug 27 10:59:54 CDT 2009 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Acc Consumer Finance L<br>10770 Wateridge Cir Ste<br>San Diego, CA 92121-5801 |
| Affinity Cash Loans<br>PO Box 589<br>Chicago, IL 60690-0589 | America's Fi<br>2 W. Madison St.<br>Oak Park, IL 60302-4204 | Americash Loans LLC<br>PO Box 25643<br>Chicago, IL 60625-0643 |
| Arm Professional Servi<br>5250 Grand Avennue Ste 1<br>Gurnee, IL 60031-1877 | Arrowhead Investments<br>32 W. 200 South<br>Suite 350<br>Salt Lake City, UT 84101-1603 | Brother Loan and Finance Company<br>7621 W. 63rd St.<br>Summit Argo, IL 60501-1811 |
| Cash Loans Today<br>11949 S Pulaski Ave<br>Alsip, IL 60803-1114 | Cash Star Group<br>RR 1 PO Box 544<br>Box Elder, MT 59521 | Cb Usa Inc<br>5252 Hohman<br>Hammond, IN 46320-1723 |
| Check N Go<br>13213 South Cicero<br>Midlothian, IL 60445-1425 | City of Chicago Dept of Revenue<br>Administrative Hearings Collection<br>121 N LaSalle St. Rm 107A<br>Chicago, IL 60602-1232 | Clearwater Bay Marketing, LLC<br>2601 Madison Avenue<br>Kansas City, MO 64108-2340 |
| Collection<br>Attn: Bankrutpcy Department<br>Po Box 10587<br>Greenville, SC 29603-0587 | ComEd<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | Complete Credit Soluti<br>2921 Brown Trail, Suite 100<br>Bedford, TX 76021-4174 |
| Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007-1912 | Dependon Collection Se<br>Attn: Bankruptcy<br>Po Box 4833<br>Oak Brook, IL 60522-4833 | Enhanc Rcvry<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-0596 |
| First American Cash Advance<br>10503 S. Western<br>Chicago, IL 60643-2527 | First cash Advance<br>12601 S. Western<br>Blue Island, IL 60406-1792 | Gary A Smiley<br>4741 N Western Ave<br>Chicago, IL 60625-2012 |
| Genesis Financial<br>505 N. LaSalle St. Suite 350<br>Chicago, IL 60654-7122 | Harris and Harris<br>222 Merchandise Mart Plaza<br>Suite 1900<br>Chicago, IL 60654-1421 | Illinois Department of Transportati<br>Region One Claims Center<br>201 W. Center Ct<br>Schaumburg, IL 60196-3169 |
| Illinois Tollway<br>PO Box 79<br>Elgin, IL 60121-0079 | Isac<br>1755 Lake Cook Rd<br>Deerfield, IL 60015-5209 | Magnum cash Advance<br>1403 Foulk Rd.<br>Suite 203<br>Wilmington, DE 19803-2788 |

National Credit Adjust
Po Box 3023
Hutchinson, KS 67504-3023

National Quick Cash
3923 147th
Midlothian, IL 60445

National Ser
18820 Aurora Avenu
Shoreline, WA 98133-3900

Nicor Gas
Attention:  Bankruptcy Department
1844 Ferry Road
Naperville, IL 60563-9662

One Click Cash
52946 Highway 12 Suite 3
Niobrara, NE 68760-7047

Oneclickcash.com
P.O. Box 50191
Minneapolis, MN 55405-0191

Plains Commerce Bank
5109 S Broadband Ln
Sioux Falls, SD 57108-2208

Professnl Acct Mgmt In
Attn: Sabrina
Po Box 391
Milwaukee, WI 53201-0391

Rcvl Per Mng
10501 Se Main Stre
Portland, OR 97222-7510

Receivables Management Inc. (RMI)/ Mortg
Attn: Bankruptcy
3348 Ridge Rd
Lansing, IL 60438-3112

Salute/utb
Attn: Card Member Services
Po Box 105555
Atlanta, GA 30348-5555

Sir Finance Corporation
c/o Harry W. Altman
20 N. Clark St., Suite 600
Chicago, IL 60602-4111

Sun Cash
598 S Torrence Ave
Calumet City, IL 60409-3813

The Money Market
1918 Rand Road
Lake Zurich, IL 60047

The Payday Loan Store of Illinois
8026 S. Cicero Ave.
Burbank, IL 60459-1508

Turner Acceptance Crp
4450 N Western Ave
Chicago, IL 60625-2115

Zoompayday
9350 S. Dixie Hwy
Suite 1440
Miami, FL 33156-2944

Anastasia Sykes
17745 Rosewood, Apt. 3C
Lansing, IL 60438-1782

Christopher Turnbull
Robert J Semrad & Associates
20 South Clark St
28th Floor
Chicago, IL 60603-1802

Tom Vaughn
200 South Michigan Ste 1300
Chicago, IL 60604-2429

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

End of Label Matrix
Mailable recipients    50
Bypassed recipients     0
Total                  50

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 09 B 31003 |
| Anastasia Sykes | ) | HON. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

**MOTION TO EXTEND AUTOMATIC STAY**

NOW COMES Anastasia Sykes Debtor, by and through Debtor's attorneys, Robert J. Semrad and Associates, and moves this Honorable Court to extend the automatic stay, and in support thereof states as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C on August 24, 2009.

2. That this case has not yet been confirmed by this Honorable Court.

3. That the Debtor has not converted the Chapter 13 case to a Chapter 7 case.

4. That the Debtor filed a prior Chapter 13 case, 09 B 16205, on May 4, 2009, which was dismissed on August 18, 2009. Please see attached Exhibit A for Debtor's Affidavit. Please see attached Exhibit B for Debtor's prior Schedules I and J.

5. That Debtor's prior case was dismissed due to unreasonable delay.

6. That during the previous case, Debtor was not able to attend her 341 hearing because she was scheduled to work two (2) months in advance and could not take the day off.

7. That in the instant case, Debtor fully understands that she must attend a 341 hearing and will make any arrangements necessary in order to do so.

8. That Debtor is in a position to make timely Chapter 13 Trustee payments along with regular expenses.

9. That the Debtor is filing the instant case in good faith and intends to complete the Chapter 13 plan.

10. That, equitably, the stay should be extended.

WHEREFORE, Anastasia Sykes Debtor, prays this Honorable Court for the following relief:

    A.    That this Honorable Court extends the automatic stay as for the reasons as set forth above;

    B.    For such other and further relief this court deems just and proper.

    Respectfully Submitted,

    ___/s/ Brian R. Zeft___
    Attorney for Debtor

Robert J. Semrad & Associates
20 S. Clark Street
28th Floor
Chicago, IL 60603
(312) 913-0625